UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1077 MADISON STREET, LLC,

    Plaintiff,

– against –

JEFFERSON A. SPRINGER, et al.,

    Defendants.

ORDER
14-CV-1063

**JACK B. WEINSTEIN, Senior United States District Judge:**

Pursuant to Federal Rule of Civil Procedure 72(b)(2) the parties had fourteen days to file written objections to the report and recommendation of the magistrate judge dated October 28, 2015. *See also* ECF No. 45 ("Objections to R&R due by 11/16/2015"). No objection was filed.

The report and recommendation is confirmed.

The magistrate judge is respectfully requested to close the case if that action is warranted.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: December 8, 2015
Brooklyn, New York